# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONY JOSEPH TABOR

NO. 2019 KW 1668

**MAY 1 2 2020**

---

In Re:    Tony Joseph Tabor, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 447,948.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** The 2017 changes to the habitual offender law and the issuing worthless checks statute do not apply retroactively to relator's case which became final in 2011. Furthermore, the record shows that relator was convicted by a unanimous jury. See **State v. Tabor**, 2007-0058 (La. App. 1st Cir. 6/8/07), 965 So.2d 427, writ denied, 2010-0283 (La. 2/18/11), 57 So.3d 323. See also **State ex rel. Simmons v. State**, 94-2630 (La. 12/16/94), 647 So.2d 1094, 1095 (per curiam). Therefore, the district court did not err by denying the motions to correct an illegal sentence and the motion for production of documents.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT